UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CUN GONG ZHANG,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVRON CORPORATION, et al.,<br><br>    Defendants. | Case No. 25-cv-00074-DMR<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

On January 3, 2025, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Jacqueline Scott Corley to determine whether it is related to Gong v. Chevron Corporation et al, 24-cv-08641-JSC.

**IT IS SO ORDERED.**

Dated: May 20, 2025

_____
Donna M. Ryu
Chief Magistrate Judge